## United States District Court
### Violation Notice

MD-81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4047462 | Smith P | 5132 |

4047462

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 0856 29 May 2013
Offense Charged: MTA 18-25 C (13) 13-411 (F)
Place of Offense: 20th St / Ernie Pyle

Offense Description: Factual Basis for Charge — HAZMAT
Display Expired Res Plates

**DEFENDANT INFORMATION**
Last Name: Wallace
First Name: Michael
M.I.: J

Tag No: 2AW-9985
State: MD
Year: 96
Make/Model: Nissan
Color: Green

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 70.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 95.00 Total Collateral Due

YOUR COURT DATE
Court Address: TBA
Date: TBA
Time: TBA

X Defendant Signature: [signed]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 May 2013 while exercising my duties as a law enforcement officer in the 81 District of MD

I OBSERVED THE AFOREMENTIONED VEHICLE GREEN NISSAN MAXIMA MD LP #2AW 9985 PARKED ON 20TH ST ADJ TO ERNIE PYLE RD WITH REGISTRATION SHOWING EXPIRED. I CONTACTED DISPATCH TO RUN THE ABOVE LIC PL # THROUGH NCIC WHICH REVEALED EXPIRED AS OF FEB 2013. I ISSUED THE DRIVER A CITATION FOR DISPLAY EXPIRED REGISTRATION PLATES.

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/29/2013   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident